IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUAN Q.L., | Case № 1:26-cv-00889-TLN-EFB |
| Petitioner, | **O R D E R:** |
| vs. | ***PRO HAC VICE* ADMISSION TO THIS COURT OF DISTRICT OF ALASKA FEDERAL PUBLIC DEFENDER AND ASSISTANT FEDERAL DEFENDERS** |
| WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al., | |
| Respondents. | |

Upon the Federal Defender's *Motion* after this Court appointed counsel for Petitioner *Tuan Q.L.* and considering Local Rule 180(b)(1) and (2) and General Order 671 *CJA Plan* § XV.C.1.g (adapting CJA appointments and *pro hac vice* appearance),

IT IS HEREBY ORDERED admitting Jamie McGrady, District of Alaska Federal Public Defender and Jane Imholte, Assistant Federal Public Defender, *pro hac vice* to the United States District Court, California Eastern in this case.

Dated: February 9, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

*Tuan Q.L. v. Warden*　　　1　　　Order *Pro Hac Vice* Admission to This Court of District of Alaska Federal Public Defender and Assistant Federal Defenders